An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

IN THE SUPREME COURT OF THE STATE OF NEVADA

AHMED ELNENAEY,
                    Appellant,
          vs.
MERVAT O. ELNENAEY, N/K/A
MERVAT OSMAN,
                    Respondent.

No. 68203

FILED

JUL 17 2015



*ORDER DISMISSING APPEAL*

This is an appeal of several district court orders resolving a divorce. Eighth Judicial District Court, Family Court Division, Clark County; T. Arthur Ritchie, Jr., Judge. Appellant is proceeding in pro se pursuant to this court's pilot program for civil litigants proceeding without counsel.

Our preliminary review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that appellant is not an aggrieved party with standing to appeal. *See* NRAP 3A(a); *Valley Bank of Nev. v. Ginsburg*, 110 Nev. 440, 874 P.2d 729 (1994). Appellant claims to be a "proposed intervenor," and no district court order grants him leave to intervene.[1] To be a party, one must have been served with process or made an appearance and be named as a party of record. *Ginsburg*, 110 Nev. 448, 874 P.2d 735; *Rae v. All American Life & Cas. Co.*, 95 Nev. 920, 922-23, 605 P.2d 196, 197 (1979) (must be

---

[1]No district court order denies appellant leave to intervene, and an order denying a motion to intervene is not appealable. *Aetna Life & Cas. Ins. v. Rowan*, 107 Nev. 362, 812 P.2d 350 (1991).

15-21623

served). Accordingly, we conclude that we lack jurisdiction over this appeal and we

ORDER this appeal DISMISSED.

_____ J.
Parraguirre

_____ , J.
Douglas

_____ , J.
Cherry

cc: Hon. T. Arthur Ritchie, Jr., District Judge, Family Court Division
Ahmed Elnenaey
Dickerson Law Group
Eighth District Court Clerk